IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATEFAH SHAMPINE, | ) | CASE NO. 1:07 CV 3886 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| | ) | Magistrate Judge Greg White |
| EAST CLEVELAND BOARD OF | ) | |
| EDUCATION, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge White (Docket #35) in its entirety. Accordingly, the Motion for Summary Judgment filed by Defendant (Docket #32) is GRANTED. This case is hereby TERMINATED.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: *April 22, 2009*